## Turner v. Johnson's Executors.

(Decided May 15, 1914).

Appeal from Montgomery Circuit Court.

JOHN A. JUDY for appellant.

W. B. WHITE for appellees.

OPINION OF THE COURT BY JUDGE MILLER—Affirming.

The judgment in this case is affirmed by an equally divided court; Judge Turner not sitting.